IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SHARVELT MISTER,**
ADC #120997                                                                                           **PETITIONER**

v.                             Case No. 5:15-cv-00325 KGB/JJV

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                                                **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe and plaintiff Sharvelt Mister's objections (Dkt. Nos. 23; 26). After carefully considering the Proposed Findings and Recommendations and objections, and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 23).

It is therefore ordered that Mr. Misters' Amended Petition for Writ of Habeas Corpus is dismissed and the requested relief is denied (Dkt. No. 22). All other pending motions are denied as moot (Dkt. Nos. 27; 28). A certificate of appealability is denied.

So ordered this 1st day of December, 2016.

                                                  Kristine G. Baker
                                                  United States District Judge