IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SHARVELT MISTER,**
ADC #120997                                                                                    **PETITIONER**

v.                           Case No. 5:15-cv-00325 KGB/JJV

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed.

Dated this 1st day of December, 2016.

*(signature)*
Kristine G. Baker
United States District Judge